Case 2:23-cv-00219-JMS-MKK   Document 1   Filed 05/01/23   Page 1 of 2 PageID #: 1

**FILED**
05/01/2023
**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

U.S. District Court

Plaintiff Hamzat Adekji ) Section 1983
Mr. Devon E. Starks ) Civil action No 1983
Defendant VS ) 42.U.S.C 1983 action
Nurse Mellisa ) Cruel and unusual Punishment
Nurse Sheila )
Nurse Ashley  ) Officer Keegan   Sgt. Mitchell
Mental Health - Tammy Officer Ph.D   Sgt. Harrison
Vigo County Security Centre            Sgt. Allen
Emily Meadows

#1
On the dates of 4-21-23 i was sent to Regional Hospital for a blood sugar of 70 which is Low due to Neglect of getting Proper Diet meal Pm snack for insulin shot i take at night and for the mitformin i take that cause my blood sugar to Drop. the nurses in the above list refuses to supply me with food or snack to bring my sugar up. i had been going thru the shakes in the middle of the night Due to non Diet Pm snack and the nurse giving me way too much insulin when my blood sugar is already low. this has cause me Pain and Suffering and Damage to my Lineing of my Stomach and Kidneys i have been urin blood and they Refused to see me but they giving me high Dose of Insulin and causing my blood sugar to be lower then what it should be they refused to give me ProRe meals to maintain my blood sugar and they are giving me too much carbs and not nothing to bring my Sugar up when its low. #2 mentally Health lady Tammy refused to see me And give me and evacute me for my mental status. Im in Jail and

not getting the mental Health Treatment or meds i need i been refused mental Health Treatment since Dec 11-2022 Im seeking $1000 a day For Pain and suffering and the Damages of my body since Dec 11-2022

Sgt. Emily meadows has been treating me with cruel and unusual punishment treatment they all are retaliating against me for Fileing paperwork so they give me Food trays with less portion cold food, warm water kool aid while other inmates get warm Hot trays and cold drinks they put me ms Emily meadows put me in solitare For 18 days with no water In my cell no rec for hour a day or shower daily they give it to me when they want to then say i have no rights In Jail And i dont get no Phone or rec time its A Privlege not a right.
From march 12 to march 31 2023 i was neglected no water In my cell toilet barely Flushed no mental Health meds no rec time and Just sitting treated real bad and mean And rude. they have caused me mental break down And Pain From sleeping on a padd Floor room wit urin And Human Poop in a drain Please Help Me save me they tryna Kill me in Here at Vigo County Security Center.
i been in Holding Cell 7 For a week with out rec they refuse to give me Hour of Recreation