UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEVON E. STARKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00219-JMS-MKK ) |
| MELLISA, SHEILA, ASHLEY, | ) ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 3/12/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

DEVON E. STARKS
No address – copy available from Clerk's Office upon request

Brian M. Pierce
Brian M. Pierce, Attorney at Law
brian@brianpiercelaw.com

Magistrate Judge Klump's Chambers